**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2360**

_____

DONNA M. DILLON,

                              Plaintiff - Appellant,

        versus

MARVIN  RUNYON,  Postmaster  General,  United
States Postal Service,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Graham C. Mullen, District
Judge.  (CA-95-469-3-MU)

_____

Submitted:  February 13, 1997      Decided:  February 25, 1997

_____

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Donna M. Dillon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her employment discrimination action without prejudice for failure to state a claim. Appellant claims on appeal that the district court did not properly consider her claim under the Rehabilitation Act, 29 U.S.C.A. §§ 701-797b (West 1985 & Supp. 1996). However, since Appellant failed to allege that she exhausted administrative remedies, we affirm the dismissal. See Love v. Pullman Co., 404 U.S. 522, 523 (1972); Doe v. Garrett, 903 F.2d 1455, 1460-61 (11th Cir. 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED